NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD R. DAVIS,**
*Claimant-Appellant,*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7120

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-2089, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Donald R. Davis moves for leave to proceed in forma pauperis.

Davis is incarcerated. Pursuant to the Prisoner Litigation Reform Act of 1995, this court may not authorize the prosecution of an appeal by a prisoner without the prepayment of fees. 28 U.S.C. § 1915. A prisoner is no longer afforded the alternative of proceeding without

payment of filing fees, but must, in time, pay the $500 filing fee in its entirety. When funds exist, an initial partial payment must be made consisting of 20% of the greater of (a) the average monthly deposits to the prisoner's account or (b) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(b)(1). Thereafter, the prisoner is required to make monthly payments of 20% of the preceding month's income credited to the prisoner's account. 28 U.S.C. § 1915(b)(2). The agency with custody of the prisoner must forward payments from the prisoner's account each time the amount in the account exceeds $10 until the $500 filing fee is paid in full. *Id.* Davis has indicated that one of his prior actions or appeals was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief can be granted.

By separate letter, the custodian of Davis's prison account is being directed to make the necessary arrangements to forward the filing fee to the court.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24